CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 24 2012

JULIA C. DUDLEY, CLERK
BY:
　　DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FAHED T. TAWALBEH, | ) | Civil Action No. 7:00cv00858 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with this court's memorandum opinion entered this day, it is **ORDERED** and **ADJUDGED** that Tawalbeh's motion (Docket No. 27) is **CONSTRUED** as a motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, and the Clerk is directed to **FILE** the motion as such; the § 2255 motion is **DISMISSED without prejudice** as successive; and the case is **STRICKEN** from the active docket.

Further, the court finds that Tawalbeh has not made the requisite showing of the substantial denial of a constitutional right as required by 28 U.S.C. § 2253(c) and, therefore, a certificate of appealability is **DENIED**.

ENTER: July 24, 2012.

_/s/ Samuel G. Wilson_
United States District Judge