3rd June, 2020

**Honorable Judge Michael Urbanski,**

Around September 5th of 2019 you sentenced me to time-served (**Case No. 7:97-cr-0024**) after I had been in prison for almost 22 years and 8 months with a clear record. ICE (Immigration and Customs Enforcement) arrested me subsequently and denied me a bond, and has been holding me in detention for almost the past 6 months.

I feel that I am being held against my will for a crime I did not commit, even though I have served more than 22 years for a crime which carries a sentence of 5 years. There have been significant delays in my deportation process and I continue to be held in custody by ICE at Farmville Detention Center in Virginia under subpar conditions. At the same time, the Coronavirus pandemic is a constant threat to my health and safety at the old age of 61 with chronic health issues; as you know, prisons and detention centers are at very high risk for viral transmission and propagation.

I have reached out to multiple departments and personnel such as the Department of Homeland Security, ICE, Director Office of Detention and Removal, Chief Immigration Counsel Michael Falcone, Director General Department of Justice, and Attorney General William Barr to plead my case but have been met with silence and disappointment. My request for release to my family in the United States until my eventual deportation-flight was denied, and my request for expedited removal similarly goes unheard. My mental, emotional, and financial resources are fading away and this prolonged incarceration for no reason whatsoever, is taking a huge toll on my health and that of my family.

After spending such a long time behind bars and completing my sentence, I deserve to be with my family and loved-ones. Some of my co-defendants who had more time-to-serve than me are already home with their families. I understand that things have been slow globally due to the Coronavirus pandemic, however, my country – Jordan – is open to international flights and I have been languishing at this detention center for 6 months which is more than adequate time for ICE to arrange for my removal despite the aforementioned pandemic.

I am reaching out to you to beg for your consideration and help regarding my case. Please assist me in any way you can in ending my incarceration and reuniting me with my family and loved ones. I thank you for your time and attention.

Respectfully,
*(signature)*
**FAHAD TAWALBEH**
A# 070-303-234
**Farmville Detention Center**
**P.O. Box N**
**Farmville, VA. 23901**

25th May, 2020

NAME: FAHED TAWALBEH
A/FILE #: 070 303 234
Farmville Detention Center
P.O. Box N
Farmville, VA. 23901

WILLIAM BARR
ATTORNEY GENERAL OF THE
UNITED STATES
950 Pennsylvania Ave, NW.
Washington DC. 20530 - 0001

Respected Sir,

My custody status was reviewed by ICE on 5/19/2020 and it was determined that ICE will continue my detention for the following reasons:

*I have not demonstrated that, if released, I will not pose a danger to the community, to the safety of other persons, or to property; pose a significant risk of flight pending my removal from the United States.*

This determination was made by ICE based upon my immigration and criminal history including a final order of removal and convictions of a concealed weapon, food stamp fraud, and arson. I am reaching out to you to reconsider my custody status with ICE.

1. My concealed weapons charge was for a handgun which I owned for security reasons as my business was in a high-crime neighborhood. This was a misdemeanor charge in Roanoke, VA criminal court. This was more than 30 years ago now.
2. My charge for food-stamp fraud was for $300 worth of food-stamps which is a non-violent crime for which there is no jail time and for which I paid $5000 in fine. This conviction was also years ago, in 1993.
3. My co-defendant and I were convicted with arson (1995) even though my co-defendant was the one who perpetrated the arson; I was tied in due to a conspiracy to arson. I have served over 23 years in the criminal justice system for this crime.

During the entire duration of my incarceration I have had a clean and spotless record. I have been more than rehabilitated and pose no danger to society. All my co-defendants are currently home with their families and loved-ones after serving time, only because they are U.S. Citizens, while I continue to suffer in a crowded detention center amidst the Coronavirus pandemic with subpar living conditions, putting my health and safety at risk and keeping me away from my loved-ones at the old age of 61, with no definite end to this ordeal in site.

I am not a flight risk and desperately want to return to my country of citizenship, of my own volition. However, I am currently stuck in a detention center for months and cannot be with my family here in the United States or in Jordan. My son, Layt Fahed, is a United States citizen and he is a professional mechanic who makes a good living; he is a resident of Rocky Mountain, VA. My fiancé who has known me since the 1980s and used to live with me in Roanoke, VA, currently resides in Rocky Mountain, VA as well, with her family nearby. I am close with her entire family including my ex-mother-in-law, ex-sister-in-law and step-children. My nephew lives in New Jersey and has his own business. Even though any of the aforementioned family

will be happy to host me, I will most likely be residing with my son if I am released, considering that my removal from the US continues to be delayed.

I pray for your help and consideration to promptly remove me from the United States. Alternatively, please consider releasing me to my family in the US. My aim is to end the torture of detention and incarceration that I have been going through for decades.

Thank you for your time and consideration.

Respectfully,

FAHED TAWALBEH

*[signature]*

25th May, 2020

NAME: FAHED TAWALBEH
A/FILE #: 070 303 234
Farmville Detention Center
P.O. Box N
Farmville, VA. 23901

MICHAEL FALCONE
CHIEF COUNSEL
Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, SW. STOP 5902
Washington, DC. 20250

Respected Sir,

    My custody status was reviewed by ICE on 5/19/2020 and it was determined that ICE will continue my detention for the following reasons:

*I have not demonstrated that, if released, I will not pose a danger to the community, to the safety of other persons, or to property; pose a significant risk of flight pending my removal from the United States.*

    This determination was made by ICE based upon my immigration and criminal history including a final order of removal and convictions of a concealed weapon, food stamp fraud, and arson. I am reaching out to you to reconsider my custody status with ICE.

1. My concealed weapons charge was for a handgun which I owned for security reasons as my business was in a high-crime neighborhood. This was a misdemeanor charge in Roanoke, VA criminal court. This was more than 30 years ago now.
2. My charge for food-stamp fraud was for $300 worth of food-stamps which is a non-violent crime for which there is no jail time and for which I paid $5000 in fine. This conviction was also years ago, in 1993.
3. My co-defendant and I were convicted with arson (1995) even though my co-defendant was the one who perpetrated the arson; I was tied in due to a conspiracy to arson. I have served over 23 years in the criminal justice system for this crime.

    During the entire duration of my incarceration I have had a clean and spotless record. I have been more than rehabilitated and pose no danger to society. All my co-defendants are currently home with their families and loved-ones after serving time, only because they are U.S. Citizens, while I continue to suffer in a crowded detention center amidst the Coronavirus pandemic with subpar living conditions, putting my health and safety at risk and keeping me away from my loved-ones at the old age of 61, with no definite end to this ordeal in site.

    I am not a flight risk and desperately want to return to my country of citizenship, of my own volition. However, I am currently stuck in a detention center for months and cannot be with my family here in the United States or in Jordan. My son, Layt Fahed, is a United States citizen and he is a professional mechanic who makes a good living; he is a resident of Rocky Mountain, VA. My fiancé who has known me since the 1980s and used to live with me in Roanoke, VA, currently resides in Rocky Mountain, VA as well, with her family nearby. I am close with her

entire family including my ex-mother-in-law, ex-sister-in-law and step-children. My nephew lives in New Jersey and has his own business. Even though any of the aforementioned family will be happy to host me, I will most likely be residing with my son if I am released, considering that my removal from the US continues to be delayed.

    I pray for your help and consideration to promptly remove me from the United States. Alternatively, please consider releasing me to my family in the US. My aim is to end the torture of detention and incarceration that I have been going through for decades.

    Thank you for your time and consideration.

    Respectfully,

    FAHED TAWALBEH

25th May, 2020

NAME: FAHED TAWALBEH
A/FILE #: 070 303 234
Farmville Detention Center
P.O. Box N
Farmville, VA. 23901

DIRECTOR OFFICE OF
DETENTION AND REMOVAL
500 12th Street SW
Washington, DC. 20536

Respected Sir/Madam,

My custody status was reviewed by ICE on 5/19/2020 and it was determined that ICE will continue my detention for the following reasons:

*I have not demonstrated that, if released, I will not pose a danger to the community, to the safety of other persons, or to property; pose a significant risk of flight pending my removal from the United States.*

This determination was made by ICE based upon my immigration and criminal history including a final order of removal and convictions of a concealed weapon, food stamp fraud, and arson. I am reaching out to you to reconsider my custody status with ICE.

1. My concealed weapons charge was for a handgun which I owned for security reasons as my business was in a high-crime neighborhood. This was a misdemeanor charge in Roanoke, VA criminal court. This was more than 30 years ago now.
2. My charge for food-stamp fraud was for $300 worth of food-stamps which is a non-violent crime for which there is no jail time and for which I paid $5000 in fine. This conviction was also years ago, in 1993.
3. My co-defendant and I were convicted with arson (1995) even though my co-defendant was the one who perpetrated the arson; I was tied in due to a conspiracy to arson. I have served over 23 years in the criminal justice system for this crime.

During the entire duration of my incarceration I have had a clean and spotless record. I have been more than rehabilitated and pose no danger to society. All my co-defendants are currently home with their families and loved-ones after serving time, only because they are U.S. Citizens, while I continue to suffer in a crowded detention center amidst the Coronavirus pandemic with subpar living conditions, putting my health and safety at risk and keeping me away from my loved-ones at the old age of 61, with no definite end to this ordeal in site.

I am not a flight risk and desperately want to return to my country of citizenship, of my own volition. However, I am currently stuck in a detention center for months and cannot be with my family here in the United States or in Jordan. My son, Layt Fahed, is a United States citizen and he is a professional mechanic who makes a good living; he is a resident of Rocky Mountain, VA. My fiancé who has known me since the 1980s and used to live with me in Roanoke, VA, currently resides in Rocky Mountain, VA as well, with her family nearby. I am close with her entire family including my ex-mother-in-law, ex-sister-in-law and step-children. My nephew lives in New Jersey and has his own business. Even though any of the aforementioned family

1

2

will be happy to host me, I will most likely be residing with my son if I am released, considering that my removal from the US continues to be delayed.

    I pray for your help and consideration to promptly remove me from the United States. Alternatively, please consider releasing me to my family in the US. My aim is to end the torture of detention and incarceration that I have been going through for decades.

    Thank you for your time and consideration.

Respectfully,<br>*[signature]*<br>FAHED TAWALBEH

25th May, 2020

NAME: FAHED TAWALBEH
A/FILE #: 070 303 234
Farmville Detention Center
P.O. Box N
Farmville, VA. 23901

DEPARTMENT OF HOMELAND SECURITY
Office for Civil Rights and Civil Liberty
245 Murray Drive, SW. Building 410
Washington, DC. 20520 - 0800

Respected Sir/Madam,

My custody status was reviewed by ICE on 5/19/2020 and it was determined that ICE will continue my detention for the following reasons:

*I have not demonstrated that, if released, I will not pose a danger to the community, to the safety of other persons, or to property; pose a significant risk of flight pending my removal from the United States.*

This determination was made by ICE based upon my immigration and criminal history including a final order of removal and convictions of a concealed weapon, food stamp fraud, and arson. I am reaching out to you to reconsider my custody status with ICE.

1. My concealed weapons charge was for a handgun which I owned for security reasons as my business was in a high-crime neighborhood. This was a misdemeanor charge in Roanoke, VA criminal court. This was more than 30 years ago now.
2. My charge for food-stamp fraud was for $300 worth of food-stamps which is a non-violent crime for which there is no jail time and for which I paid $5000 in fine. This conviction was also years ago, in 1993.
3. My co-defendant and I were convicted with arson (1995) even though my co-defendant was the one who perpetrated the arson; I was tied in due to a conspiracy to arson. I have served over 23 years in the criminal justice system for this crime.

During the entire duration of my incarceration I have had a clean and spotless record. I have been more than rehabilitated and pose no danger to society. All my co-defendants are currently home with their families and loved-ones after serving time, only because they are U.S. Citizens, while I continue to suffer in a crowded detention center amidst the Coronavirus pandemic with subpar living conditions, putting my health and safety at risk and keeping me away from my loved-ones at the old age of 61, with no definite end to this ordeal in site.

I am not a flight risk and desperately want to return to my country of citizenship, of my own volition. However, I am currently stuck in a detention center for months and cannot be with my family here in the United States or in Jordan. My son, Layt Fahed, is a United States citizen and he is a professional mechanic who makes a good living; he is a resident of Rocky Mountain, VA. My fiancé who has known me since the 1980s and used to live with me in Roanoke, VA, currently resides in Rocky Mountain, VA as well, with her family nearby. I am close with her entire family including my ex-mother-in-law, ex-sister-in-law and step-children. My nephew lives in New Jersey and has his own business. Even though any of the aforementioned family

1

will be happy to host me, I will most likely be residing with my son if I am released, considering that my removal from the US continues to be delayed.

    I pray for your help and consideration to promptly remove me from the United States. Alternatively, please consider releasing me to my family in the US. My aim is to end the torture of detention and incarceration that I have been going through for decades.

    Thank you for your time and consideration.

Respectfully,

FAHED TAWALBEH

*[signature]*

25th May, 2020

**NAME: FAHED TAWALBEH**  **OFFICE OF IMMIGRATION LITIGATION**
**A/FILE #: 070 303 234**  **DIRECTOR GENERAL**
**Farmville Detention Center**  **US DEPARTMENT OF JUSICE**
**P.O. Box N**  **CIVIL DIVISION**
**Farmville, VA. 23901**  **1331 Pennsylvania Ave, NW.**
  **Washington DC. 20004**

Respected Sir/Madam,

My custody status was reviewed by ICE on 5/19/2020 and it was determined that ICE will continue my detention for the following reasons:

*I have not demonstrated that, if released, I will not pose a danger to the community, to the safety of other persons, or to property; pose a significant risk of flight pending my removal from the United States.*

This determination was made by ICE based upon my immigration and criminal history including a final order of removal and convictions of a concealed weapon, food stamp fraud, and arson. I am reaching out to you to reconsider my custody status with ICE.

1. My concealed weapons charge was for a handgun which I owned for security reasons as my business was in a high-crime neighborhood. This was a misdemeanor charge in Roanoke, VA criminal court. This was more than 30 years ago now.
2. My charge for food-stamp fraud was for $300 worth of food-stamps which is a non-violent crime for which there is no jail time and for which I paid $5000 in fine. This conviction was also years ago, in 1993.
3. My co-defendant and I were convicted with arson (1995) even though my co-defendant was the one who perpetrated the arson; I was tied in due to a conspiracy to arson. I have served over 23 years in the criminal justice system for this crime.

During the entire duration of my incarceration I have had a clean and spotless record. I have been more than rehabilitated and pose no danger to society. All my co-defendants are currently home with their families and loved-ones after serving time, only because they are U.S. Citizens, while I continue to suffer in a crowded detention center amidst the Coronavirus pandemic with subpar living conditions, putting my health and safety at risk and keeping me away from my loved-ones at the old age of 61, with no definite end to this ordeal in site.

I am not a flight risk and desperately want to return to my country of citizenship, of my own volition. However, I am currently stuck in a detention center for months and cannot be with my family here in the United States or in Jordan. My son, Layt Fahed, is a United States citizen and he is a professional mechanic who makes a good living; he is a resident of Rocky Mountain, VA. My fiancé who has known me since the 1980s and used to live with me in Roanoke, VA, currently resides in Rocky Mountain, VA as well, with her family nearby. I am close with her entire family including my ex-mother-in-law, ex-sister-in-law and step-children. My nephew lives in New Jersey and has his own business. Even though any of the aforementioned family

will be happy to host me, I will most likely be residing with my son if I am released, considering that my removal from the US continues to be delayed.

I pray for your help and consideration to promptly remove me from the United States. Alternatively, please consider releasing me to my family in the US. My aim is to end the torture of detention and incarceration that I have been going through for decades.

Thank you for your time and consideration.

Respectfully,

FAHED FAWALBEH
*[signature]*

Rahed Tauelbeh
A#70 303 234
Farmville. D. cent
P.O. Box N
Farmville, Va 23901
19-03172

ICA FARMVILLE
LEGAL MAIL

United States District
Westren Dist of Virginia
Roanoke Division

Honorable Judge. Michael Urbanski
210 Franklin Road SW
Roanoke, VA
24007

US POSTAGE
$00.65⁹
First-Class